UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re  Marcellus A Maple                                  Case No.  10-30393-KRH
       Anet H Maple                                       Chapter 13

            Debtor(s).

## ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

A hearing was held in open court on _____May 13, 2015_____ on debtor's motion to approve loan modification agreement. Upon consideration of the motion, it is

**ORDERED:**

1. The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2. A final hearing on debtor's motion to approve the loan modification agreement will be heard on _____July 22_____, at __12:00__ P.M. at the U.S. Bankruptcy Court, Judge Huennekens' Courtroom, 701 East Broad St., Room 5000, Richmond, VA 23219. This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date:  May 18 2015                                        /s/ Kevin R. Huennekens
                                                                   Judge


                                                          NOTICE OF JUDGMENT ORDER
                                                          ENTERED ON DOCKET
                                                           May 18 2015

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                   Case No. 10-30393-KRH
Marcellus A Maple                                                        Chapter 13
Anet H Maple
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 1          Date Rcvd: May 18, 2015
                              Form ID: pdford9         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2015.
db/jdb        +Marcellus A Maple,    Anet H Maple,    615 Hoke Drive,    Petersburg, VA 23805-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2015 at the address(es) listed below:
              Brewster S. Rawls    on behalf of Defendant    Colonial Orthopaedics, Inc. brawls@rawlsmcnelis.com
              Eric David White    on behalf of Creditor    BAC Home Loans Servicing, L.P., fka Countrywide Home
               Loans Servicing, L.P. ewhite@siwpc.com,
               mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
              Eric David White    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P. ewhite@siwpc.com,
               mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
              Hilary B. Bonial    on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
              Jason Meyer Krumbein    on behalf of Joint Debtor Anet H Maple jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Debtor Marcellus A Maple jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
              Mitchell Goldstein    on behalf of Plaintiff Marcellus A Maple mitch@mitchellpgoldstein.com,
               goldsteinatlaw@gmail.com
              Mitchell Goldstein    on behalf of Plaintiff Anet H Maple mitch@mitchellpgoldstein.com,
               goldsteinatlaw@gmail.com
              Robert E. Hyman    on behalf of Trustee Robert E. Hyman station08@ricva.net,   ecfsummary@ricva.net
              Suzanne E. Wade    station08@ricva.net,   ecfsummary@ricva.net
                                                                                              TOTAL: 10