# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**In re:**　　　　　　　　　　　　　　　　　**Case Number**　10–30393–KRH
　　　　　　　　　　　　　　　　　　　　　　**Chapter**　13
Marcellus A Maple
Anet H Maple

　　　　　　　　　　Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

　　In order to receive a discharge, you <u>must</u>

　　　　Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

　　The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  May 22, 2015　　　　　　　　　　　William C. Redden , Clerk
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                               United States Bankruptcy Court
                                 Eastern District of Virginia
In re:                                                                                Case No. 10-30393-KRH
Marcellus A Maple
Anet H Maple                                                                          Chapter 13
        Debtors                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: cummingsj              Page 1 of 3               Date Rcvd: May 22, 2015
                              Form ID: ntc4008             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
db/jdb        +Marcellus A Maple,    Anet H Maple,    615 Hoke Drive,    Petersburg, VA 23805-2646
cr            +BAC Home Loans Servicing, L.P., fka Countrywide Ho,    Samuel I. White P.C.,
                1804 Staples Mill ROAD,    Richmond, VA 23230-3530
9436914        ADT,   P.O. Box 650485,    Dallas, TX 75265-0485
9436916       #+Allergy Asthma & Sinus,    3701 Boulevard, Suite H,    Colonial Heights, VA 23834-1339
9436917       +Alltel Communications,    One Allied Drive B5F03,    Little Rock, AR 72202-2065
9520401       +Aqua Finance,   PO Box 844,    Wausau, WI 54402-0844
9436919       +Aqua Finance Inc,    1 Corporate Dr,    Wausau, WI 54401-1724
9478761       +BAC Home Loans Servicing, L.P.,     7105 Corporate Drive,    PTX-B-209,   Plano, TX 75024-4100
9436920       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    c/o TSYS Debt. Management,    P.O. Box 5155,
                Norcross, GA 30091-0000)
9527487        Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC 28272-1083
9436921       +Cash Advance Centers of VA,    2825 S Crater Road, #A,    Petersburg, VA 23805-2473
9436922       +Cash-2-U,   3600 S Crater Road, #D,    Petersburg, VA 23805-9232
9436923       +Chase Card Services,    Attn: Bankruptcy Dept.,    P.O. Box 10587,   Greenville, SC 29603-0587
9448750       +CitiFinancial Auto Corporation,    P.O. Box 182287,    Columbus, OH 43218-2287
9436925       #+Colonial Orthopaedics,    131 Jennick Drive,    Colonial Heights, VA 23834-4905
9436926        Comcast Communications,    P.O. Box 3006,   Southeastern, PA 19398-3006
9436927       +Countrywide Home Lending,    Bankruptcy Department,    P.O. Box 5170,
                Simi Valley, CA 93062-5170
9436929       +Equidata,   724 Thimble Shoals Blvd,    Newport News, VA 23606-2574
9436931       +First Premier Bank,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0337
9436930       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
9436933       +HCA Healthcare,    Patient Account Services,    P.O. Box 13620,   Richmond, VA 23225-8620
9456572       +HSBC Mortgage Services Inc,    636 Grand Regency Blvd,    Brandon Florida 33510-3942
9461305       +HSBC Mortgage Services, Inc,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
9436934        HSBC Retail Services,    Attn: Bankruptcy Department,    P.O. Box 5264,
                Carol Stream, IL 60197-5264
9436936       +Medical Data Systems I,    2001 9th Street,    Suite 312,   Vero Beach, FL 32960-3901
9436938       +NexCare,   P.O. Box 85005,    Richmond, VA 23285-5005
11533715       Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    P.O. Box 24781,
                West Palm Beach FL 33416-4781
9551962       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                NORFOLK VA 23541-1067
9436939        Patient First,    Billing Department,    P.O. Box 758941,   Baltimore, MD 21275-8941
9436940       +Petersburg Clinic Company,    P.O. Box 127,   White Sulphur Springs, WV 24986-0127
9436941       +Phillip Y Shou, M.D.,    2801 Boulevard, Suite D,    Colonial Heights, VA 23834-2323
9436942       +Pulmonary & Critical Care Asso,    P.O. Box 11768,    Richmond, VA 23230-0168
9436943       +Radiology Assoc. of Richmond,    P.O. Box 13343,    Richmond, VA 23225-0343
9436946        Samuel I White, PC,    5040 Corporate Woods Drive,    Suite 120,   Virginia Beach, VA 23462-4377
9436947       +Southside Dental Associates,    3277 S. Crater Road,    Petersburg, VA 23805-9285
9436948       +Southside Head & Neck Surgery,    406 North 6th Avenue,    Hopewell, VA 23860-2617
9703574        Southside Regional Medical Center,    c/o Michael I. Mossman, Attorney at Law,    P.O. Box 330129,
                Nashville, TN 37203-7501
9436949        Southside Regional Medical Ctr,    200 Medical Park Blvd,    Petersburg, VA 23805-9274
9436950        Thomas Skordas,    4605 County Drive,    Fort Lee, VA 23801-0000
9436951       +Twin River Medical,    P.O. Box 8630,   Richmond, VA 23226-0630
9714082        Verizon,   PO BOX 3037,    Bloomington, IL 61702-3037
9436952       +Verizon - Bankruptcy Dept.,    3900 Washington Street,    Wilmington, DE 19802-2126
9436954       +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2015 02:05:28
                Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
9436915       +E-mail/PDF: recoverybankruptcy@afninet.com May 23 2015 01:57:41       AFNI, Inc.,
                Attn: DP Recovery Support,    PO Box 3427,   Bloomington, IL 61702-3427
9436918        E-mail/Text: documents@apellesnow.com May 23 2015 02:04:58      Apelles,   P.O. Box 1197,
                Westerville, OH 43086-1197
9730903       +E-mail/Text: bankruptcydepartment@ncogroup.com May 23 2015 02:04:39
                Chippenham Johnston Willis Medical Center,    c/o NCO Financial Systems, Inc.,
                1804 Washington Blvd.,    Dept. 600,   Baltimore, MD 21230-1700
9436928       +E-mail/Text: KSMITH@DURHAM-DURHAM.COM May 23 2015 02:05:08      Durham & Durham,
                5665 New Northside Drive,    Suite 340,   Atlanta, GA 30328-5834
9436932       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2015 01:57:56      G.E. Money Bank,
                Attn: Bankruptcy,    P.O. Box 103106,   Roswell, GA 30076-9106
9436935       +E-mail/Text: bankruptcy@icsystem.com May 23 2015 02:05:01      I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
9436913        E-mail/Text: cio.bncmail@irs.gov May 23 2015 02:03:58      Internal Revenue Service,
                P.O. Box 21126,    Philadelphia, PA 19114-0000
```

```
District/off: 0422-7          User: cummingsj              Page 2 of 3                   Date Rcvd: May 22, 2015
                              Form ID: ntc4008             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
9730899         +E-mail/Text: bankruptcydepartment@ncogroup.com May 23 2015 02:04:39
                 John Randolph Medical Center,   c/o NCO Financial Systems, Inc.,   1804 Washington Blvd.,
                 Dept. 600,   Baltimore, MD 21230-1700
11743375         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2015 02:05:28      Midland Funding LLC,
                 by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
9436937         +E-mail/Text: bankruptcydepartment@ncogroup.com May 23 2015 02:04:39
                 NCO Financial Systems, Inc.,   507 Prudential Rd,   Horsham, PA 19044-2368
11532855        +Fax: 407-737-5634 May 23 2015 03:31:01      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,   1661 Worthington Rd,  Suite 100,
                 West Palm Beach, FL 33409-6493
9439906         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov May 23 2015 02:04:21      Office of the U.S. Trustee,
                 United States Courthouse,   701 East Broad Street,   Suite 4304,   Richmond, VA 23219-1885
9472199         +E-mail/Text: csidl@sbcglobal.net May 23 2015 02:04:55      Premier BankCard/Charter,
                 Post Office Box 2208,   Vacaville, CA 95696-8208
9436944         +E-mail/Text: colleen.atkinson@rmscollect.com May 23 2015 02:05:09      Receivable Management,
                 7206 Hull Street Rd Ste,   Richmond, VA 23235-5826
9436945         +E-mail/Text: colleen.atkinson@rmscollect.com May 23 2015 02:05:09
                 Receivables Managment Systems,   P.O. Box 8630,   Richmond, VA 23226-0630
9436912          E-mail/Text: ustpregion04.rh.ecf@usdoj.gov May 23 2015 02:04:21      Robert B. Van Arsdale,
                 Assistant U.S. Trustee,   701 E. Broad Street, Suite 4304,   Richmond, VA 23219-1849
9436911          E-mail/Text: bkr@taxva.com May 23 2015 02:05:02      Commonwealth of Virginia,
                 Director of Finance,   P.O. Box 760,   Richmond, VA 23218-0760
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A., successor by merger to BAC
cr*             +HSBC Mortgage Services, Inc,   636 Grand Regency Blvd,   Brandon, FL 33510-3942
cr*              Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
cr*             +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
11748651*        Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
9436924         ##+Citi Auto,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
9714086         ##+Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
9436953         ##+Verizon Wireless,   Bankruptcy Administration,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTALS: 1, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
```
              Brewster S. Rawls   on behalf of Defendant    Colonial Orthopaedics, Inc. brawls@rawlsmcnelis.com
              Eric David White   on behalf of Creditor    BAC Home Loans Servicing, L.P., fka Countrywide Home
               Loans Servicing, L.P. ewhite@siwpc.com,
                mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
                pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
```

```
District/off: 0422-7           User: cummingsj              Page 3 of 3                  Date Rcvd: May 22, 2015
                               Form ID: ntc4008             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric David White   on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P. ewhite@siwpc.com, mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;

          Hilary B. Bonial   on behalf of Creditor   HSBC Mortgage Services, Inc notice@bkcylaw.com

          Jason Meyer Krumbein   on behalf of Joint Debtor Anet H Maple jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com

          Jason Meyer Krumbein   on behalf of Debtor Marcellus A Maple jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com

          Mitchell Goldstein   on behalf of Plaintiff Marcellus A Maple mitch@mitchellpgoldstein.com, goldsteinatlaw@gmail.com

          Mitchell Goldstein   on behalf of Plaintiff Anet H Maple mitch@mitchellpgoldstein.com, goldsteinatlaw@gmail.com

          Robert E. Hyman   on behalf of Trustee Robert E. Hyman station08@ricva.net, ecfsummary@ricva.net

          Suzanne E. Wade   station08@ricva.net, ecfsummary@ricva.net

                                                        TOTAL: 10